## METROPOLITAN LIFE INS CO v ADAMS

Ohio Appeals, 1st Dist, Hamilton Co

Decided April 2, 1934

Mallon, Vordenberg & Marble, Cincinnati, for plaintiff in error.

Nicholas Klein, Cincinnati, for defendant in error.

. For full opinion see 2 OO 308; 49 Oh Ap 159.